IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MATTHEW CARL MERNEIGH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-00363-O |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Merneigh's Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 39) is **GRANTED**.

It is further **ORDERED** that David F. Chermol, Esq., be awarded attorney fees in the amount of $18,118.50 under 42 U.S.C. § 406(b).

It is further **ORDERED** that the Commissioner certify and disburse this amount from Merneigh's past-due benefits to Plaintiff's counsel, David F. Chermol, Esq.

It is further **ORDERED** that David F. Chermol, Esq., promptly return to Merneigh the $3,000.00 attorney fee award previously entered under the EAJA.

**SO ORDERED** on this **14th day of May, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**